# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH LYNN ARTHUR MORRELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73071



FILED

JUN 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from a district court order denying a pretrial petition for a writ of habeas corpus. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. William D. Kephart, District Judge
Kenneth Lynn Arthur Morrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender